```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/23/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SUSANTHA PREMALAL WELGAMAGE,

                    Plaintiff,

-against-

MERRICK B. GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security; ANDREA QUARANTILLO, District Director, U.S. Citizenship and Immigration Services, New York District Office,

                    Defendants.

22 Civ. 8005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 22, 2022, the Court ordered the parties to submit a joint letter and a proposed case management plan by November 18, 2022. ECF No. 3. Those submissions are now overdue. Accordingly, by **December 23, 2022**, the parties shall file their joint letter and a proposed case management plan.

    SO ORDERED.

Dated: November 23, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge